### DRAPER and others v. HOLLAND.

The solicitor for non-resident complainants died. The court allowed notice to be sent to them through the post-office of an order that they appoint another solicitor within thirty days.

*Practice.
Appointing
solicitor on
the death of
former soli-
citor.*

THE complainants were non-residents; and the face of their bill showed that they lived in the state of Massachusetts. Their solicitor had died; and a motion was now made, upon an affidavit, that the complainants appoint another solicitor

within thirty days : 2 R. S. 287, § 67. The question was, as to how they should be notified of the order now to be taken ?

THE VICE-CHANCELLOR allowed a notice or copy of the order to be sent through the post-office to each complainant, directed to them according to their address in the bill.

Mr. *O. Bushnell*, for the motion.